IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CLICK ENTERTAINMENT, INC., a Hawaii Corporation, <br><br> Plaintiff(s), <br><br> vs. <br><br> JYP ENTERTAINMENT COMPANY, LTD., a Korean Limited Company; STAR M ENTERTAINMENT, a Korean Company; BEOM CHANG KANG; REVOLUTION ENTERTAINMENT; SE HYUN YUN; JI-HOON JEONG, aka RAIN; JOHN DOES 1-25; JANE DOES 1-25; DOE ENTITIES 1-20, <br><br> Defendant(s). <br> _____ | CV 07-00342ACK-KSC |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 20, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Plaintiff's Motion For Default Judgment As To Defendant Beom Chang Kang" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 25, 2009.



_____
Alan C. Kay
Sr. United States District Judge

Click Entertainment Company, Inc. v. JYP Entertainment Company, et al., CV 07-00342 ACK-KSC, Order Adopting Magistrate's Findings and Recommendation