AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| CLICK ENTERTAINMENT, INC., a Hawaii Corporation | AMENDED JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 07-00342 ACK-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>April 6, 2009<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| JYP ENTERTAINMENT COMPANY, LTD., a Korean Limited Company; STAR M ENTERTAINMENT, a Korean Company; BEOM CHANG KANG; REVOLUTION ENTERTAINMENT; SE HYUN HUN; JI-HOON JEONG, aka RAIN; JOHN DOES 1-25; JANE DOES 1-25; DOE ENTITIES 1-20. | |
| Defendant(s). | |

[✓]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff CLICK ENTERTAINMENT, INC. and against Defendants JYP ENTERTAINMENT COMPANY, LTD. and JI-HOON JEONG, aka RAIN, and STAR M ENTERTAINMENT and REVOLUTION ENTERTAINMENT.

| | |
|---|---|
| April 6, 2009 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |